

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00024-CR

ESAW LAMPKIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 42,897-B

Before Morriss, C.J., Moseley and Burgess, JJ.

## O R D E R

Our review of the court reporter's record and clerk's record in this case indicates that both such records contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). Volumes two, three and four of the clerk's record together with volumes seven and nine of the reporter's record contain the appellant's social security number. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the court reporter's record and clerk's record contain sensitive data, we order the Clerk of this Court or her appointee, in accordance with Rule 9.10(f), to seal volumes seven and nine of the electronically filed reporter's record and volumes two, three and four of the electronically filed clerk's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date:   March 3, 2015

2